GENERAL TELEPHONE COMPANY OF OHIO, APPELLANT, *v.*
PUBLIC UTILITIES COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as General Telephone Co. v. Pub. Util. Comm. (1976),
46 Ohio St. 2d 124.]

(No. 75-937—Decided May 5, 1976.)

126

Messrs. *Power, Jones & Schneider,* Mr. *John Robert Jones* and Mr. *Andrew T. Jones,* for appellant.

Mr. *William J. Brown,* attorney general, Mr. *Charles S. Rawlings,* Mr. *Marvin I. Resnik* and Mr. *Ronald E. Prater,* for appellee Public Utilities Commission.

Messrs. *Muldoon, Pemberton & Ferris* and Mr. *David L. Pemberton,* for appellees Gene Slagle, Inc., et al.

*Per Curiam:* This case is an appeal from a commission's order which found that this court's decision in *Slagle* was determinative of all the issues raised by the complainant in that case. For the reasons stated in *Cleveland Elec. Illuminating Co.* v. *Pub. Util. Comm.* (1976) 46 Ohio St. 2d 105, decided this day, and on authority of that case, the order of the commission is reversed, and the cause is remanded to the commission for further proceedings in conformity with this court's decision in *Cleveland Elec. Illuminating, supra.*

*Order reversed.*

O'Neill, C. J., Herbert, Corrigan, Stern, Celebrezze, W. Brown and P. Brown, JJ., concur.